UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAHER ARAR,

                    Plaintiff,

-against-

JOHN ASHCROFT, formerly Attorney
General of the United States;
LARRY D. THOMPSON, formerly Acting
Deputy Attorney General; TOM
RIDGE, formerly Secretary for
Homeland Security; JAMES W.
ZIGLAR, formerly Commissioner for
Immigration and Naturalization
Services; J. SCOTT B. BLACKMAN,
formerly Regional Director of the
Eastern Regional Office of the
Immigration and Naturalization
Service; PAULA CORRIGAN, Regional
Director of Immigration and
Customs Enforcement; EDWARD J.
McELROY, formerly District
Director of Immigration and
Naturalization Services for New York
District and now District Director
of Immigration and Customs Enforcement;
ROBERT MUELLER, Director of the Federal
Bureau of Investigation; and JOHN
DOES 1-10, Federal Bureau of
Investigation and/or Immigration
and Naturalization Service Agents,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0249 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 28 2006 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on February 16, 2006, denying plaintiff's claims for declaratory relief against defendants in their official capacities; dismissing Count 1 with prejudice; dismissing Counts 2 and 3 with prejudice; dismissing Count 4 without prejudice; and dismissing claims against all ten John Doe law enforcement agent named in Count 4 without prejudice and with leave to replead; and plaintiff having notified the Court that he will not replead Count 4; it is

JUDGMENT
04-CV- 0249 (DGT)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that plaintiff's claims for declaratory relief against defendants in their official capacities are dismissed with prejudice; and that plaintiff's claims against all ten defendants are dismissed without prejudice.

Dated: Brooklyn, New York
July 25, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court