UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MAHER ARAR,

                Plaintiff,

    – against –

JOHN ASHCROFT, Attorney General of the
United States; LARRY D. THOMPSON, formerly
Acting Deputy Attorney General;
TOM RIDGE, Secretary of State for Homeland
Security; JAMES W. ZIGLAR, formerly
Commissioner for Immigration and Naturalization
Services; J. SCOTT BLACKMAN, formerly
Regional Director of the Eastern Regional Office of
the Immigration and Naturalization Services;
PAULA CORRIGAN, Regional Director of
Immigration and Customs Enforcement;
EDWARD J. McELROY, formerly District
Director of Immigration and Naturalization Services:
for New York District, and now District Director of
Immigration and Customs Enforcement;
ROBERT MUELLER, Director of the Federal
Bureau of Investigation; and JOHN DOES 1-10,
Federal Bureau of Investigation and/or
Immigration and Naturalization Service Agents,

                Defendants.
----------------------------------------------------------------x

04-CV-0249 (DGT)(SMG)

**NOTICE OF APPEAL**

    Notice is hereby given that Maher Arar, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment in this action, which was dated August 16, 2006, and filed August 17, 2006.

Dated: September 12, 2006

Robert F. Fink (RF 2848)
Joshua S. Sohn (JS 4110)
Sarah J. Sterken (SS 4993)
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Tel. (212) 835-6000

Respectfully Submitted,

_____
Maria C. LaHood (ML 1438)
Barbara J. Olshansky (BO 3635)
David Cole
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. (212) 614-6430

*Attorneys for Maher Arar*