SHAW, BRANSFORD, VEILLEUX & ROTH
ATTORNEYS AT LAW
PROFESSIONAL CORPORATION
1100 CONNECTICUT AVENUE, N.W., SUITE 900
WASHINGTON, D.C. 20036
(202) 463-8400

FAX:
(202) 833-8082

WEB:
www.shawbransford.com

January 5, 2009

**BY ELECTRONIC CASE FILING
AND FEDERAL EXPRESS**

The Honorable David G. Trager
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Arar v. Ashcroft*, 04-CV-249 (DGT)(SMG)

Dear Judge Trager:

   I respectfully submit this letter, pursuant to Local Civil Rule 1.4, seeking an order permitting my withdrawal as counsel for Defendant Edward J. McElroy in the above matter. On January 20, 2009, I will commence employment as an Assistant United States Attorney in the Eastern District of New York.

   The firm of Shaw, Bransford, Veilleux & Roth, P.C. will continue to represent Mr. McElroy in this action. On December 9, 2008, the case was argued before the en banc court of the Second Circuit Court of Appeals, and is pending decision. There are no calendar events currently scheduled before Your Honor.

   Thank you in advance for your attention in this matter.

Sincerely,

Thomas M. Sullivan (TS 8587)

cc:   Honorable Steven M. Gold, Chief Magistrate Judge (via Federal Express)
      Counsel of Record (via ECF and Federal Express)